**Glenn R. DUNCAN, Appellant,**

v.

**TREASURER OF the STATE OF MISSOURI, as Custodian of the Second Injury Fund, Respondent.**

**No. WD 43355.**

Missouri Court of Appeals, Western District.

Oct. 23, 1990.

Richard N. Brown of Brown & Casey, Brookfield, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Mark E. Kelly of Gage & Tucker, Sp. Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and SHANGLER and MANFORD, JJ.

### ORDER

PER CURIAM:

Direct appeal from a judgment in the form of an order of the Missouri Labor and Industrial Relations Commission denying recovery from the Second Injury Fund.

Judgment affirmed. Rule 84.16(b).